**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: June 10, 2019**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **In Re** ) | |
| ) | **Case No. 18-12585** |
| **SUZANNE BAIR** ) | **Chapter 7** |
| ) | **Judge Buchanan** |
| **Debtor(s)** ) | |
| ) | |
| **EILEEN K. FIELD, CHAPTER 7** ) | |
| **TRUSTEE** ) | **Adversary Case No. 19-1009** |
| **Plaintiff(s)** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SUZANNE BAIR,** *et al.*, ) | |
| ) | |
| **Defendant(s)** ) | |

## SCHEDULING ORDER

This matter is before this Court on *Adversary Complaint of Trustee (1) for Determination that Debtor's Transfer of Real Estate Located at 1800 Tanglewood Drive, Loveland, Ohio was Fraudulent and (2) for Avoidance of Transfer or Recovery from Defendant of the Value of Debtor's Equity at the Time of Transfer, Pursuant to O.R.C. Chapter 1336.01, et. seq.* [Docket Number 1]],

Defendant David E. Bair, Jr.'s *Answer* [Docket Number 3], and Defendant-Debtor Suzanne Bair's *Answer* [Docket Number 4].

Pursuant to preliminary pretrial conference held on May 16, 2019:

### I. Preliminary Pretrial Statements

If a party failed to file the current version of LBR Form 7016–1 — PPS, such party shall file Section II of LBR Form 7016–1 — PPS (Nature of Action, Jurisdiction and Venue) by **June 20, 2019**.

### II. Dispositive Motions

Dispositive motions shall be filed by **June 28, 2019.**

### III. Discovery Cutoff

The deadline to complete discovery and the deadline for all motions relating to discovery in this case is **September 3, 2019**. The deadline to complete discovery may be extended by consent of the parties, however, the Court will not entertain any motions directed to discovery that are filed after September 3, 2019 absent compelling circumstances.

All discovery must be commenced in time to be completed by September 3, 2019 (or such later date as may be agreed to by consent of the parties). For example, interrogatories or a request for admissions must be served more than thirty (30) days prior to the discovery deadline. Untimely discovery requests are subject to objection on that basis; however, counsel are ordered to cooperate with each other in all discovery matters and failure to comply with discovery requests in accordance with the provisions of the applicable Bankruptcy Rules and Local Rules governing discovery may result in the imposition of sanctions.

Should counsel fail to comply with the provisions set forth above, this Court may take such action as provided by law, including granting or denying the requested relief or imposition of sanctions pursuant to LBR 9011-3.

**SO ORDERED.**

Distribution List:

Christine B. Hill, Esq.
Paul T. Saba, Esq.
Robert A. Goering, Esq.