**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: November 5, 2019**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In Re ) | |
| ) | **Case No. 18-12585** |
| **SUZANNE BAIR** ) | **Chapter 7** |
| ) | **Judge Buchanan** |
| **Debtor** ) | |
| ) | |
| ) | |
| **EILEEN K. FIELD, CHAPTER 7** ) | |
| **TRUSTEE** ) | **Adversary Case No. 19-1009** |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **DAVID EARL BAIR, JR.** ) | |
| ) | |
| **Defendant(s)** ) | |
| ) | |

### ORDER ADJOURNING STATUS CONFERENCE

This matter is before this Court on *Defendant David E. Bair, Jr.'s Motion for Summary Judgment* [Docket Number 18], *Plaintiff's Response to Defendant David E. Bair, Jr.'s Motion for Summary Judgment* [Docket Number 20], Plaintiff's *Reply in Support of Motion for Summary Judgment* [Docket Number 21] and *Notice of U.S. Trustee's Motion to Revoke Discharge in Chapter 7 Bankruptcy Case of David E. Bair, Jr.* [Docket Number 22].

A status conference was held on October 17, 2019 [Docket Number 23], at which the Court orally adjourned it to a later date.

This matter is **adjourned for status conference** to be conducted by the Honorable Beth A. Buchanan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Atrium Two Building, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio on **December 3, 2019 at 2:00 p.m.**

Should counsel fail to appear at this status conference or comply with the provisions set forth above, this Court may take such action as provided by law, including granting or denying the requested relief or imposition of sanctions pursuant to LBR 9011-3.

SO ORDERED.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the Court's premises.**

Distribution List:

**Default List Plus:**

Christine B. Hill, Esq.
Jeffrey M. Nye, Esq.
Paul T. Saba, Esq.