**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

*Beth A. Buchanan*

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: December 19, 2019**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | |
| | ) | **Case No. 18-12585** |
| **SUZANNE BAIR** | ) | **Chapter 7** |
| | ) | **Judge Buchanan** |
| **Debtor** | ) | |
| | ) | |
| | ) | |
| **EILEEN K. FIELD, CHAPTER 7** | ) | |
| **TRUSTEE** | ) | **Adversary Case No. 19-1009** |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DAVID EARL BAIR, JR.** | ) | |
| | ) | |
| **Defendant(s)** | ) | |
| | ) | |

## ORDER ADJOURNING STATUS CONFERENCE

This matter is before this Court on the *Order Adjourning Status Conference* [Docket Number 31]. A status conference was held on December 3, 2019 at which the Court orally adjourned it to a later date, which will be conducted telephonically.

This matter is **adjourned for a telephonic status conference** to be conducted by the Honorable Beth A. Buchanan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Atrium Two Building, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio on **January 9, 2020 at 3:30 p.m.**

The Courtroom Deputy will initiate the telephonic status conference with the parties at the time delineated above. Please contact Judge Buchanan's Courtroom Deputy Heather Gilliam by telephoning (513) 684-2468 or via email at Heather_Gilliam@ohsb.uscourts.gov with your direct telephone number where you can be reached.

Should counsel fail to appear at this status conference or comply with the provisions set forth above, this Court may take such action as provided by law, including granting or denying the requested relief or imposition of sanctions pursuant to LBR 9011-3.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the Court's premises.**

SO ORDERED.

Distribution List:

Christine B. Hill, Esq.
Paul T. Saba, Esq.
Jeffrey M. Nye, Esq.